# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1172**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JOHN BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

**JUDGE ASPEN**
**MAGISTRATE JUDGE KEYS**

                                         Plaintiffs,

v.

**T.J. CONSTRUCTION SERVICES, INC.,**
                                         Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> LAKISHA M. KINSEY-SALLIS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Lakisha M. Kinsey-Sallis | |
| FIRM <br> Dowd, Bloch & Bennett | |
| STREET ADDRESS 8 S. MICHIGAN AVENUE, 19TH FLOOR | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286598 | TELEPHONE NUMBER <br> (312) 372-1361 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☐         NO X

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐         NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐         NO X

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO X

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐