**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JOHN BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, | ) ) ) ) ) ) ) ) ) |
| and | ) Case No. 08 C 1172 |
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, | ) ) ) ) Judge Aspen ) ) ) ) |
| | ) Magistrate Judge Keys |
| Plaintiffs, | ) |
| v. | ) |
| T.J. CONSTRUCTION SERVICES, INC., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

**MOTION FOR ENTRY OF DEFAULT**

Plaintiffs TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JOHN BUIK, MICHAEL I. RICHARDSON and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND ("Welfare Fund") and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD of TEAMSTERS PRIVATE SCAVENGERS AND GARAGE ATTENDANTS

PENSION FUND ("Pension Fund") (collectively, "the Funds"), through their attorneys Dowd, Bloch & Bennett, pursuant to Federal Rule of Civil Procedure 55(a), respectfully move this court for entry of default, in the form of the attached proposed order, against Defendant T.J. CONSTRUCTION SERVICES, INC (hereinafter "Defendant Company"). In support of this motion, Plaintiffs state as follows:

1. This action is a claim for delinquent reports and contributions due to employee fringe benefit funds under Section 515 of ERISA, 29 U.S.C. §1145.

2. The Funds filed a Complaint on February 26, 2008, seeking the following from the Defendant Company:

> (a) That judgment be entered in favor of Plaintiffs and against Defendant ordering it to pay Plaintiffs all delinquent contributions, interest, liquidated damages and attorneys' fees;
>
> (b) That Defendant Company be ordered to pay all costs and reasonable attorneys' fees incurred by the Funds in connection with this suit.
>
> (c) For such other legal or equitable relief as the Court deems just and proper.

3. Defendant Company was served with the Complaint and Summons on March 3, 2008. Return of Service was filed with the Clerk of the Court on March 17, 2008. (Exhibit "A")

4. As of the date this Motion was filed, Defendant Company had not filed an appearance or answer or otherwise plead to the Complaint.

5. Defendant Company has failed to submit monthly contribution reports and payments to the Funds for the months of October 2007 through the present.

6. Despite demands made by the Funds, the Defendant Company has refused to submit payment or reports to the Funds.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request this Court enter an order of default against T.J. CONSTRUCTION SERVICES, INC., in the form provided in the attached proposed order and request that the Court set this matter for a prove-up hearing with respect to the relief sought following the submission of contribution and dues reports.

Respectfully Submitted,

 s/Steven W. Jados
Steven W. Jados
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361