### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

#### SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JOHN BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

Plaintiffs,

v.

T.J. CONSTRUCTION SERVICES, INC.,

Defendant.

Docket Number:

Assigned Judge:

Designated
Magistrate Judge:

# 08 C 1172

### JUDGE ASPEN
### MAGISTRATE JUDGE KEYS

TO:    T.J. CONSTRUCTION SERVICES, INC.
c/o Michael E. Webster, Registered Agent
1730 Park Street, #220
Naperville, IL 60563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Steven W. Jados
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Date

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

(By) DEPUTY CLERK

**February 26, 2008**

Date



**In the United States District Court**

**For the Northern District of Illinois, Eastern Division**

CASE NAME.: Terrence J. Hancock, et al vs. T.J. Construction Services, Inc.

CASE NUMBER: 08 C 1172

## AFFIDAVIT OF PROCESS SERVER

I, **Mark Gascon**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117–001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **T.J. Construction Services, Inc. c/o its Registered Agent Michael E. Webster** at his/her usual place of business located at **Webster &Schelli, 1730 Park Street , Naperville, IL 60563** by serving his/her authorized agentJames Schelli on **03/03/2008** at **11:25 AM**.
Description: **Sex: Male – Age: 45 – Skin: White – Hair: Brown – Height: 5.10 – Weight: 200**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X_____
Mark Gascon

Subscribed and Sworn to before me on this
_____ day of _____, 20___.

_____ Notary Public

1044