**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JOHN BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, | ) ) ) ) ) ) ) ) |
| and | ) Case No. 08 C 1172 |
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, | ) ) ) ) Judge Aspen ) ) ) ) |
| | ) Magistrate Judge Keys |
| Plaintiffs, | ) ) |
| v. | ) ) |
| T.J. CONSTRUCTION SERVICES, INC., an Illinois Corporation, | ) ) ) |
| Defendant. | ) ) |

**ORDER OF DEFAULT**

This matter coming before the Court on Plaintiffs' Motion for Entry of Default, the Court being fully apprised on the premises, IT IS HEREBY ORDERED:

1. An Order of Default is entered against Defendant T.J. CONSTRUCTION SERVICES, INC. for its failure to answer or otherwise plead to the Complaint served upon it.

2. T.J. CONSTRUCTION SERVICES, INC. shall submit all completed and accurate

      work reports to the Plaintiff Funds for the period covering October 2007 through the present within 10 days of the date of this Order;

3.     T.J. CONSTRUCTION SERVICES, INC. shall pay to Plaintiffs all amounts determined to be owed based on the completed work reports, including contributions, interest, liquidated damages and reasonable attorneys' fees and costs incurred in the prosecution of this action as provided in the Agreement, the Trust Agreements, and under applicable provisions of ERISA, as amended, including 29 U.S.C. Sec. 1132(g)(2)(D);

IT IS FURTHER ORDERED THAT:

4.     This matter is set for a prove-up hearing for Plaintiffs' Motion for Entry of Default, with respect to certain amounts herein referenced, on _____, 2008 at _____ A.M.

5.     Plaintiffs are directed to service written notice of this order on the Defendant.

                                                  Entered By:

                                                  _____
                                                  Honorable Judge Marvin E. Aspen

                                                  Date: _____