## CERTIFICATE OF SERVICE

I, Steven W. Jados, hereby certify that I have caused to be served the attached Notice of Motion and Plaintiffs' Motion for Entry of Default and proposed order via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing at the addresses below on March 27, 2008 before 5:00 p.m., with proper postage prepaid.

T.J. CONSTRUCTION SERVICES, INC.
c/o Michael Webster, Registered Agent
1730 Park Street, #220
Naperville, IL 60563

T.J. CONSTRUCTION SERVICES, INC.
c/o Ms. Teri Zenere, President
709 Beech
New Lenox, IL 60451

T.J. CONSTRUCTION SERVICES, INC.
c/o Ms. Teri Zenere, President
16442 Cherry Creek Road
Joliet, IL 60433

  s/Steven W. Jados
Steven W. Jados
One of Plaintiffs' Attorneys