UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JOHN BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, | ) ) ) ) ) ) ) ) |
| and | ) Case No. 08 C 1172 ) |
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, | ) ) ) ) Judge Aspen ) ) ) ) |
| | ) Magistrate Judge Keys |
| Plaintiffs, | ) ) |
| v. | ) ) |
| T.J. CONSTRUCTION SERVICES, INC., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   T.J. CONSTRUCTION SERVICES, INC.
   c/o Michael Webster, Registered Agent
   1730 Park Street, #220
   Naperville, IL 60563

   T.J. CONSTRUCTION SERVICES, INC.
   c/o Ms. Teri Zenere, President
   709 Beech
   New Lenox, IL 60451

T.J. CONSTRUCTION SERVICES, INC.
c/o Ms. Teri Zenere, President
16442 Cherry Creek Road
Joliet, IL 60433

  PLEASE TAKE NOTICE that on **Tuesday, April 8, 2008** at **10:30 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Marvin E. Aspen, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 2568 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illlinois, 60604, and present Plaintiffs' Motion for Entry of Default, a copy of which is attached and served upon you.

                Respectfully submitted,

                 s/Steven W. Jados
                Steven W. Jados
                One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361