UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Terrence J Hancock, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01172
                                                Honorable Marvin E. Aspen

T.J. Construction Services, Inc.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 7, 2008:

    MINUTE entry before Judge Honorable Marvin E. Aspen:Plaintiffs' Motion for entry of default [9] is granted. Motion terminated. An Order of default is entered against defendant T. J. Construction Services, Inc. for its failure to answer or otherwise plead to the complaint served upon it. Hearing on prove up is set for 5/1/2008 at 10:30 AM. Enter Order. The motion hearing set for 4/8/08 is stricken.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.