IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JOHN BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, | ) ) ) ) ) ) ) ) |
| and | ) Case No. 08 C 1172 |
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, | ) ) ) Judge Aspen ) ) ) ) |
| | ) Magistrate Judge Keys |
| Plaintiffs, | ) ) |
| v. | ) ) |
| T.J. CONSTRUCTION SERVICES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF FILING

TO:     T.J. Construction Services, Inc.
         c/o Michael Webster, Registered Agent
         1730 Park Street, Suite 220
         Naperville, IL 60563

         T.J. Construction Services, Inc.
         c/o Ms. Teri Zenere, President
         709 Beech
         New Lenox, IL 60451

         T.J. Construction Services, Inc.
         c/o Ms. Teri Zenere, President
         16442 Cherry Creek Road
         Joliet, IL 60433

**PLEASE TAKE NOTICE** that on April 30, 2008, I caused to be filed electronically the attached Affidavit of Cindy Perna, Affidavit of Steven W. Jados, and Proposed Order at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois 60604.

                                              Respectfully submitted,

                                              _s/Steven W. Jados_
                                              Steven W. Jados
                                              One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan - 1900
Chicago, Illinois 60603
312-372-1361