## AFFIDAVIT OF CINDY PERNA

**COUNTY OF COOK**      )
                        ) SS
**STATE OF ILLINOIS**   )

I, Cindy Perna, of full age, being duly sworn on my oath, hereby depose and say as follows:

1. I am an employee of the Local No. 731, I. B. of T., Garage Attendants Linen & Laundry Health & Welfare Fund ("Welfare Fund") and Local No. 731, I. B. of T., Private Scavengers & Garage Attendants Pension Fund ("Pension Fund")(collectively the "Funds") and in such capacity, have personal knowledge of the matters contained in this affidavit, and if necessary, I could testify to the facts contained herein.

2. I have responsibility for maintaining T.J. Construction Services, Inc.'s account with respect to the Funds in this matter. Furthermore, I am in charge of keeping and maintaining records of contribution reports and contributions received by the Funds from each person, firm and corporation required to make contributions to the Funds.

3. Pursuant to the terms of the labor agreements with Local 731, I. B. of T., signatory employers are required to make contributions to the Funds on behalf of covered employees.

4. Defendant T.J. Construction Services, Inc. (hereinafter "Defendant Company"), is signatory to the collective bargaining agreements. As a result, Defendant Company is required to file monthly reports and contribute $201.15 per week, per employee to the Welfare Fund. Defendant Company is also required to file monthly reports and contribute $135.00 per week, per employee to the Pension Fund.

5. Notwithstanding Defendant Company's obligations under the labor agreement and despite demand duly made, Defendant Company has failed to submit reports to the Funds for

the work months of October 2007 through February 2008.

6.  Based on recent information received from Defendants after demands were made and after a lawsuit was filed to obtain delinquent contribution and reports, we learned that no contributions are owed by Defendants for the period October 2007 through March 2008.

7.  Under the collective bargaining agreement and the Funds' Trust Agreements, Defendant Company must pay all reasonable attorneys' fees and costs of collection incurred by the Funds, regardless of whether contributions are owed.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

_____
Cindy Perna

Sworn to and subscribed before me this 30th day of April, 2008

_____
Notary Public

"OFFICIAL SEAL"
Roberta A. Lester
Notary Public, State of Illinois
My Commission Expires 04-03-11

2