## AFFIDAVIT OF STEVEN W. JADOS

**COUNTY OF COOK**        )
                          ) SS
**STATE OF ILLINOIS**     )

I, Steven W. Jados, of full age, being duly sworn on my oath, hereby depose and say as follows:

1.      This affidavit is based on my personal knowledge and, if necessary, I could testify to the facts contained in this affidavit.

2.      I am an attorney admitted to the general bar of this Court and the bar of the State of Illinois. I have practice labor, employment, and employee benefits law since 2006.

3.      I am an associate in the firm Dowd, Bloch & Bennett, and in my position I practice exclusively in the areas of labor, employment, and employee benefits law. I represent Plaintiffs in case number 08 C 1172. Ms. Michele M. Reynolds, an associate with the firm, has been practicing in the areas of labor, employment, and employee benefits law since 1996. Ms. Lakisha M. Kinsey-Sallis, an associate with the firm, has been practicing in the areas of labor, employment, and employee benefits law since 2005.

4.      As of the filing of this motion, attorneys from the firm have devoted a total of 11.5 hours to the representation of the Local No. 731, I. B. of T., Garage Attendants, Linen and Laundry Health & Welfare and the Local No. 731, I. B. of T., Private Scavengers Garage Attendants Pension Funds ("Funds") in connection with this case. This includes time spent conferring with the client, preparing demand letters, making calculations of the amounts due, preparing the complaint and related documents, arranging for service on Defendant, reviewing orders entered in this matter and notifying Defendant of the same, and preparing the motion for default judgment and related

documents.

5.        I anticipate that after completing this affidavit and filing the motion, I will devote at least two additional hours to the case in preparing for and attending the hearing on this motion, examining any orders that may be entered, and informing my client and Defendant of the results; Plaintiffs therefore seek reimbursement for the charge which will be made for two hours of my time in addition to the hours described in ¶4.

6.        Our firm charges Plaintiffs $200.00 per hour for the work of Ms. Michele M. Reynolds, $175.00 per hour for my work and that of Ms. Lakisha M. Kinsey-Sallis, and $90.00 per hour for the work of a paralegal.

7.        Based on a total 13.5 hours of work which the firm performed or will perform on behalf of the Funds, the Funds will incur attorneys' fees in the amount of $2,525.50.

8.        In addition to the fees, Plaintiffs seek reimbursement for the $350.00 filing fee, $65.00 service of process fee, $15.63 in postage costs, and $8.40 in copying costs. These costs totaling $439.03 were incurred and have been charged to Plaintiffs.

9.        Accordingly, the Funds have incurred or will incur fees and costs of $2,964.53.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

Steven W. Jados

Sworn to and subscribed
before me this 30th day
of April , 2008

Notary Public

"OFFICIAL SEAL"
ANNA MARIE HERNANDEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/7/2009

2