IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JOHN BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE** as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, <br><br> and <br><br> **TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB** as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, <br><br> **Plaintiffs,** <br><br> v. <br><br> **T.J. CONSTRUCTION SERVICES, INC.,** <br><br> **Defendant.** | Case No. 08 C 1172 <br><br> Judge Aspen <br><br> Magistrate Judge Keys |

## ORDER OF DEFAULT JUDGMENT

This matter came before the Court on Plaintiffs' motion for entry of default against Defendant T. J. Construction Services, Inc. The Court has examined Plaintiffs' submissions and is fully informed. It appears that good cause exists to grant Plaintiffs' motion:

WHEREAS, Plaintiffs filed their Complaint on February 26, 2008 and Defendant T.J. Construction Services, Inc., was served with a copy of the Complaint and Summons on March 3, 2008; and

WHEREAS, Defendant has failed to answer or otherwise plead to the Complaint;

WHEREAS, upon application of Plaintiffs and for good cause shown, this Court entered

a default against Defendant T.J. Construction Services, Inc., on April 7, 2008;

WHEREAS, upon application of Plaintiffs and for good cause shown, default judgment is hereby entered against Defendant T.J. Construction Services, Inc., in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERED that judgment is entered on behalf of the Plaintiffs and against Defendant T.J. Construction Services, Inc., as follows:

1. Defendant T.J. Construction Services, Inc., is ordered to submit a total of **$2,964.53** to Plaintiffs, composed of **$1,482.27** to Plaintiff Local No. 731, I. B. of T., Garage Attendants, Linen and Laundry Health and Welfare Fund and **$1,482.26** to Plaintiff Local No. 731, I. B. of T., Private Scavengers and Garage Attendants Pension Fund for attorneys' fees and costs incurred.

2. Nothing in this Order shall prevent the Funds from auditing Defendant's records for any non-audited period and collecting any amounts determined to be due as a result of the audit.

Entered By:

_____
Honorable Judge Marvin E. Aspen

Date: _____