**CERTIFICATE OF SERVICE**

I certify that I will serve the attached Notice of Filing, Affidavit of Cindy Perna, Affidavit of Steven W. Jados, and Proposed Order by having copies mailed to the addresses indicated and faxed where indicated on April 30, 2008.

T.J. Construction Services, Inc.
c/o Michael Webster, Registered Agent
1730 Park Street, Suite 220
Naperville, IL 60563
Fax: (630) 416-4200

T.J. Construction Services, Inc.
c/o Ms. Teri Zenere, President
709 Beech
New Lenox, IL 60451

T.J. Construction Services, Inc.
c/o Ms. Teri Zenere, President
16442 Cherry Creek Road
Joliet, IL 60433

                                               s/Steven W. Jados
                                               Steven W. Jados