# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Terrence J Hancock, et al.

                                      Plaintiff,

v.                                                     Case No.: 1:08−cv−01172

                                                              Honorable Marvin E. Aspen

T.J. Construction Services, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen:Status hearing held on 5/1/2008, and continued to 6/26/2008 at 10:30 AM., for report on settlement. The parties are referred to Magistrate Judge Keys to resolve the attorney fees issue. If the matter is not resolved, a responsive pleading is to be filed on 6/26/08. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.