UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Terrence J Hancock, et al.
                              Plaintiff,

v.                                                       Case No.: 1:08−cv−01172
                                                                 Honorable Marvin E. Aspen

T.J. Construction Services, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/17/08: This matter is dismissed without prejudice. If within thirty days the court is not advised otherwise, the case will be dismissed with prejudice. The status hearing set for 6/26/08 is stricken. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.