## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Terrence J Hancock, et al.
                                         Plaintiff,

v.                                                                         Case No.: 1:08−cv−01172
                                                                        Honorable Marvin E. Aspen

T.J. Construction Services, Inc.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Arlander Keys:The district judge having dismissed this case on 6/17/08, the status hearing set for 6/18/08 before this court is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Arlander Keys no longer referred to the case.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.